# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of :

**Marc D. Stettner and Judy Ann Stettner**
2726 Ardmore
Royal Oak, MI 48073                                    Case Number: 97-61092-wsd
                                                       Chapter   13

_____ debtor(s)   /


## ORDER DENYING APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

   An Application for Payment from Unclaimed Funds having been filed on  **September 15, 2005**  , and upon further review a payment of $ **1,093.30**  was paid on **March 30, 2005**   . **Now Therefore:**

   **IT IS ORDERED** that the Application for Payment from Unclaimed Funds is **DENIED.**

**Signed on December 29, 2006**

                                               /s/ Walter Shapero
                                        Walter Shapero
                                        United States Bankruptcy Judge